IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID FURTADO GRAY         *
         Petitioner
   v.                        *   CIVIL ACTION NO. AMD-07-17

GOETZ                      *
         Respondent.
                            ***

MEMORANDUM

David Furtado Gray ("Gray"), an inmate confined at the United States Penitentiary in Jonesville, Virginia, filed approximately 13 pages of documents which were received by the court on January 3, 2007. Gray holds himself out as a secured party creditor, debtor, and attorney-in-fact representing the "David Furtado Gray Trust." Gray references federal tax forms, tax refunds, and tax revenues, and seemingly raises claims of delinquency and non-compliance. The only clear notation set out in these materials which can be linked to this court's docket is Gray's brief reference to his underlying criminal case.[1]

The nature of the cause of action is indecipherable. Gray's nonsensical fanciful allegations do not make out a claim under this court's habeas corpus or federal question jurisdiction. His cause of action shall be dismissed.[2]   A separate Order follows.

Filed: January 9, 2007                                                    /s/_____
                                                                        Andre M. Davis
                                                                        United States District Judge

---

[1] Gray refers to *United States v. Gray*, Criminal No. AMD-95-0364 (D. Md.). In that case, a jury convicted Gray of murder in aid of racketeering activity in violation of 18 U.S.C. § 1959(a)(1) and use of a firearm in relation to a crime of violence in violation of 18 U.S.C. § 924(c). He was sentenced to life plus five years. The judgment was affirmed on appeal. *See United States v. Gray*, 137 F.3d 765 (4th Cir. 1998). Gray's 28 U.S.C. § 2255 motion to vacate was later denied and the Fourth Circuit dismissed the appeal. *See United States v. Gray*, 10 Fed.Appx. 180 (4th Cir. May 29, 2001) (*per curiam*).

[2] Neither the civil filing fee nor an in forma pauperis motion accompanied the document. This omission is of no moment as the case is dismissed.